UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80031-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**SAQUEO ECOQUIS-XUM**,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce Reinhart Following Change of Plea Hearing [ECF No. 19]. On July 12, 2021, Magistrate Judge Reinhart held a Change of Plea hearing and thereafter issued a Report and Recommendation [ECF No. 23]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 23] is **AFFIRMED AND ADOPTED**.
2. The guilty plea entered into by Defendant Saqueo Ecoquis-Xum, as to Count One of the Information is **ACCEPTED**;
3. Defendant Saqueo Ecoquis-Xum is adjudicated guilty of Count One of the Information, which charges him with illegal reentry after deportation, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

CASE NO. 21-80031-CR-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 29th day of July 2021.

                                              **AILEEN M. CANNON**
                                     **UNITED STATES DISTRICT JUDGE**

cc:	counsel of record